United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Azeem Khan, Tanveer Azmat, and All Others Similarly Situated**  Plaintiffs, | |
| v. | Civil Action  File No. 4:21-cv-03694 |
| **Breaktime Corner Market, L.L.C., et al.**  Defendants. | Jury Demanded |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Pursuant to Federal Rule of Civil Procedure 41, the Court approves the parties' jointly filed stipulation.

Accordingly, it is ORDERED that all claims Plaintiffs Azeem Khan and Tanveer Azmat filed against all Defendants in this civil action are dismissed, with prejudice.

It is FURTHER ORDERED that each party shall bear his or its own costs and attorneys' fees associated with this action.

Signed on December 20, 2023 at Houston, Texas.

**Honorable Keith P. Ellison**
**United States District Judge**